## File Hashes for IP Address 96.231.209.160

**ISP:** Verizon FiOS
**Physical Location:** Alexandria, VA

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 07/26/2014 19:55:21 | 612CD41B3EF0921D2E93275EDC826E4F272E8B8D | Introducing Kenzie |
| 07/26/2014 18:31:42 | B5D97F396AC81292E727834CA3AE22F5D1C3DF02 | Girls Who Like Girls |
| 07/26/2014 18:28:04 | D6AB31CD1E024F56505C8FA3B72B540DE98BB54C | Cassie My Love |
| 07/26/2014 18:27:24 | CB505B2E122D8449E85B64DF60AABD8A4E6943C8 | Girly Girls |
| 07/26/2014 18:25:39 | A1EEE32071AB6516C0B31A75DA6414DB4B464ADE | Let Me Take Your Picture |
| 07/26/2014 18:23:43 | 088C32BF7C41A14D8602D1A7813587308E152C9D | Introducing Kiki |
| 07/26/2014 18:04:09 | E7C7467569ABF366E2FF56D06526C0A71CDD20EE | Date Night at Home |
| 07/26/2014 17:59:01 | FFE9C6399235E07034FD76DCE65A8EB49BA54E9A | Come from Behind |
| 07/26/2014 16:03:12 | 52CA9324F3801B0674C720F29ED8F6173E8F33D2 | In Love with a Girl |
| 07/26/2014 15:55:13 | 2D8AC5E045957E28DA5BFDB4C46DD9D1E0FC2E01 | In Charge |
| 07/26/2014 15:53:01 | 904A1DA01C4575CAB34A608694AB0072ECBD4230 | I Love James Deen |
| 07/26/2014 15:07:40 | 19D9835BA8045489A604AF3F6F282C48D1671A73 | Baby Blues |
| 07/26/2014 14:55:53 | 65384CCE454827A6B4DD0E05E2EEBB865F2D1790 | Falling For You |
| 07/26/2014 14:53:45 | 9BCAC2146E30540C118D5AC15128D00B7E309CF6 | Back to Bed |
| 07/26/2014 14:52:46 | 76C99077332623BD5B9944158F1C35750957E5A8 | Her First Time |
| 07/26/2014 14:38:06 | 8096F5F64F34DA6FED8765EE4934F380F6B1A28F | Alone in My Room |
| 07/26/2014 14:32:47 | 7A67A7A8F28685F75BEEE86DEECECB6613229319 | I Want to Tell You |
| 07/26/2014 14:04:40 | A71AE4C1FC040F2D1D62A27261BA6BC76C6D9690 | A Blonde in my Bedroom |
| 07/26/2014 13:51:21 | A7660921CCE8324258210A5361215825A5D9F4F3 | Intimate Experience |
| 07/26/2014 13:49:51 | 24ED8951EDC1DA586B816504B23824D8719F5097 | Dark Desires |
| 07/26/2014 13:37:03 | 0C67AD2D1B7BE7AA62FB45BE65534C6BD2E4B723 | Clean and Wet |
| 07/26/2014 13:32:15 | 589AD053DD01E07554E826E60FD5B920F343DD83 | Girls Love Pink and Diamonds |

EXHIBIT A

EVA78

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 07/26/2014 13:03:28 | E17CB95518B144EEF6D8B3645E0C449862319DF5 | Elle Hearts Girls |
| 07/26/2014 12:28:04 | 7B2165D117775145743A184D2162D104A51070EF | Bunny Love |
| 07/26/2014 12:27:17 | 6AFD23904D4B47B58B0EC42120140DF80270E89C | Love with a View |
| 07/26/2014 11:59:28 | 8A7390C517F500B580A32847329E28AB879C34B9 | Like the Sun |
| 07/26/2014 11:30:42 | 50A28E908265BA676EAD266E930E204E90C4501E | All Tied Up |
| 07/26/2014 10:53:35 | F4C1E5877348813A5B8700B33AB5040F133DEB6B | Czech Beauties |
| 07/26/2014 10:44:01 | B3009D2AB4C428CD64A720A50C539FDC54E68E0D | A Gift from Colette |
| 07/26/2014 09:21:19 | B3452C59A4168E85544EACD8ECB394D40FF25153 | Girl in a Room |
| 07/26/2014 03:25:19 | A92FB92B089D16FE9CBFAB92BDB5EE83755D8D15 | High School Dropouts |
| 04/19/2014 01:33:05 | 3AB49FCC5F7D37ACCBD9792F744CF6304930F368 | The Way I Feel |
| 04/19/2014 01:33:00 | 6FA026E04036D9CE7F757AFA7144293DA88B4571 | I Am In the Mood |
| 04/19/2014 01:32:29 | D6BA60E14052BB9AF9EBF76987738E29B9B24BDA | Feeling Frisky |
| 04/19/2014 01:32:08 | 702DA14CEFBFFB42194F6DADA6172C56F0122C5E | Apertif Our Style |
| 04/19/2014 01:31:56 | 155DCCB5BE1EF1D4FA0715F9363086D52C1CCE57 | No Hurry |
| 04/19/2014 01:31:25 | C0624BD9EEFC377EE4EDEB51362EC52876ACFA2B | Get Wild at Home |
| 04/19/2014 01:31:20 | 4A73AE9DD9898E64D250D7781E8D92ACDD79E523 | Risky Business |
| 04/19/2014 01:30:59 | C4C01C14C69576A79968B2F922836AD3814B7644 | Playing Dress Up |
| 04/19/2014 01:30:17 | E235F64765142212FD8C3C2CF7F4D77D354629ED | Blindfold Me Part #2 |
| 04/19/2014 01:30:00 | 9C096487E3D577A393F57CD7B7B86CFFF8CB902D | Awakening |
| 04/19/2014 01:29:18 | 85824F61826256A4B313709DE2F1F5990AEDDCB2 | So Young |
| 04/19/2014 01:29:08 | F4F54E2AF2559BF09A19F7A0BA0587F7E6DACF5A | A Sweet Moment |
| 04/19/2014 01:28:36 | 16411075DCA68C596FA436532AD5E4BC67C2980C | A Girl Like You |
| 04/19/2014 01:28:32 | 797B900CF4FA0722560DDE592D12730C93CAA1B4 | Arrest Me |
| 04/19/2014 01:28:28 | 61E2CC076910D1115029343D1D2CAE6728ECA560B | Double Daydreams |
| 04/18/2014 13:26:36 | B5B43E4DB872B1542BE930D603EE869ECBF0AE6D | Trophy Wife |

EXHIBIT A

EVA78

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 04/18/2014 13:26:17 | 0303CE5BD8BA90ED5874D077AB314471DB127F5A | Remembering Strawberry Wine |
| 04/18/2014 13:20:36 | D842B05B53985CDB4AF3AEC2D87A6DE98F3D2821 | Go Fish |
| 04/18/2014 13:19:12 | 020D9EE400D7DAB9A21C77C42E493D28B15486E1 | Lovers at Home |
| 04/18/2014 13:17:25 | A43FA88766B104DA601190E070A189FB9D446402 | Three Way is the Best Way |
| 04/18/2014 13:12:17 | 6660A99B1A6F10B61422A12BB291E574E8B88DF0 | Pretty Little Belle |
| 04/18/2014 12:56:37 | 35B9318841CB88B87764CECD646FB20E90A56096 | Getting Ready For You |
| 04/18/2014 12:56:28 | 0BFB269E6A5877EF366BE4912AC251CD5C855F73 | Season of Love |
| 04/18/2014 12:51:57 | F44E53FC4EBD34AE297E94ABF1C6EC898C49F1F9 | Come Inside From the Cold |
| 04/18/2014 12:50:57 | 4CC36EB333221192823BE772CA0D3C7B2E0D873A | Ready for Love |
| 04/18/2014 12:19:54 | C9078051580A5D0C1AF2BFEAA20A8D1F905935EF | Lying Around |
| 04/18/2014 12:18:09 | DFD1DB42976F7BDD65D4DEB3F123F5A4742E1DC8 | Good Night Kiss |
| 04/18/2014 12:08:06 | 003B01A586277D4CC66FA2A2D55B3989A4955A78 | Submissive Seduction |
| 04/18/2014 11:50:49 | 4403D1E680AACFBF07B8CE07E4F62A6506D42EF6 | In for the Night |
| 04/18/2014 11:45:40 | FED0F655420554A5E9059D96E83B5CDC04DEA52F | Everlasting Friendship |
| 04/18/2014 11:33:26 | 776F7C84BDF2ECC78220751E3E94473418E8E811 | No Turning Back Part #2 |
| 04/18/2014 11:32:59 | 693B14A2C359AC8BEF6375B2338A6B9962DDEB7A | Hot Chocolate |
| 04/18/2014 11:31:19 | 280BBFC2FF866F31CA4435C151835F89BC1B2FB6 | A Hot Number |
| 04/18/2014 11:28:10 | 65444F3161FA032B3D5DFC1E14DBA4324CE2364F | Blindfold Me and Tie Me Up |
| 04/18/2014 11:12:58 | EBE52D500C88687DB867DE13ECFEF1E92AFF9439 | Many Shades of Grey |
| 04/18/2014 11:12:36 | 843EF8526A97A7FAD1D44A326D8920A727F6A1E4 | So Right Its Wrong |
| 04/18/2014 02:31:41 | 1344A7A24636FE4A40CFCCF60FEA7A67F0433E6C | Zeppelin on Fire |
| 04/18/2014 02:04:44 | 36E350AC2A4B2CEEBF3939C8A5154EB2F4EB0A7D | Fantasy Come True |
| 04/18/2014 01:26:27 | F7E59819B9A0236C0A168DE50AA5A65D7E703C26 | Sex and Submission |
| 04/15/2014 08:41:26 | 19145F95D36D08666B97481F2374E6AF240D5249 | At Home With Tiffany |
| 04/15/2014 08:30:26 | D5870D4CA6BE07B2CAB96B895FD5A99FC6D08C2C | LA Plans |

EXHIBIT A

EVA78

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 04/15/2014 08:19:00 | 5D6756E3D64D66D931E6781C83E76D5A9DE2DC1D | All Oiled Up |
| 04/15/2014 08:14:40 | 6CC6E846AC9F6069ECFA5C276A3832DB186918BC | They Meet Again |
| 04/15/2014 07:11:14 | DDFA609D8C015E81C098CC6EE83BE696E0145B58 | Love at First Sight |
| 04/15/2014 05:35:02 | 9EAFBC0A07CD85F998D30C6831EE4BD769F2A4DD | Sweet Surrender |
| 04/15/2014 05:33:50 | 77C2DB05B9D4A7A6F24DCC83192D950727B511BC | My Days in Rome |
| 04/15/2014 05:33:12 | 6C3CA4F93DC64C8A1EAF8DB79ECCC1EAD1634177 | Making Music |
| 04/15/2014 05:22:57 | 03B6D940AFE31155B1A7D98CF7C4252C0FAC86E0 | Russian Connection |
| 04/15/2014 05:01:41 | 64C44BA25F716B9FCD981E74214549C6080B3F8B | Wake Me Up |
| 04/15/2014 04:21:07 | 153F7369BFD253CD5DC71E6CED52F48BA232F7BD | Mile High Club |
| 04/15/2014 02:59:43 | D60E01580ADD8A3ECF9A4D34310AF37DA8557870 | Model Couple on Vacation |
| 04/15/2014 02:54:40 | 5EBFBECEDF23DE0C982FDC30D1503D792DF7DB72 | And Then There Was You |
| 04/15/2014 01:59:41 | 3C72C1965FC779FB34231AB4DD79D58BC19A3FC8 | A Perfect Match |
| 04/13/2014 18:14:09 | 91DC7B1778E4991271119B567B0420D9167F7DD6 | Alone Is A Dream Left Behind |
| 04/13/2014 18:13:33 | 62ED4092DF29DC764616EAC46077CDFE8FC76D4A | Erotic Stretching and Sex |
| 04/13/2014 18:10:55 | 88ADB876C9E3FE750E40C91AE887E6FF7FD0C8A3 | Truth or Dare |
| 04/13/2014 18:09:31 | 24611441049DF8ADF2F98C75A6D9BEFD26E701FF | Oh Mia |
| 04/13/2014 17:42:36 | 794721F9813E280C0205E1C9EA1599A8C02684F5 | Marry Me |
| 04/13/2014 17:09:49 | 2805959052A759BC96B1D5B87F3422C568BBA8EC | Made for Each Other |
| 04/13/2014 17:08:19 | F92D320B3D153EB848CD9C470477E1C3F5C2281B | Good Morning Baby |
| 04/13/2014 17:07:58 | 93BDFE5206C0DDF69D1C1ECF584E06CA5A3D5712 | Almost Famous |
| 04/13/2014 17:07:27 | 0C4D06B05D86BC16BF4294D08F3DE0FC04122556 | We Love Ourselves |
| 04/13/2014 17:06:55 | 10638A00080FF333239FF46EF414A4B1B6249C48 | My Naughty Girl |
| 04/13/2014 17:05:56 | 712DB69FC93E37B82EE5A235498299B36C915756 | Play Me |
| 04/13/2014 17:04:11 | 307B24548B441CC1B5BB37FDEE1B78E807F3222B | Getting Down |
| 04/13/2014 16:53:08 | 2E60BE476B9B2916124D40282587E55D5D5C74EA | Snow White and the Prince |

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 04/13/2014 16:40:56 | 8940E5B7A1398099BF53DA220CAE4A4DAF4D7400 | Names |
| 04/13/2014 16:13:22 | 53A88AC4827A201D4BCB9FAD88C2414597EA1477 | A Wonderful World |
| 04/13/2014 15:32:23 | F0CAF6D1DA7DF5820A002105E034F74687B00B0B | The Young and the Restless |
| 04/13/2014 15:22:09 | F760C8166826B6712709293677420E59898125CE | What a Girl Wants Part #2 |
| 04/13/2014 15:17:51 | ED7496ED0E6BAC80C362825B23FEDC6BEF57D9B2 | Body Language |
| 04/13/2014 15:12:17 | 5367E0598CBC2F58064EE0FC4DB641D2A00947F9 | The Journey |
| 04/13/2014 14:50:45 | 2E0D4EC8052DAA181237CD079C030CC488091DCB | Hot Brunettes |
| 04/13/2014 14:46:08 | E6DA0B834BF1BD17CA492C6B6BB41625A12C82DA | Sapphic Waltz |
| 04/13/2014 14:39:44 | 3D1E25F6381E29ABC1ACD8D88D6461A378020D29 | Wake Me Up Like This |
| 04/13/2014 14:09:17 | 8253B11CB0538D632B448340AEC0BA9FC7184239 | Malibu Moments |
| 04/13/2014 14:03:30 | 929574ED3540FD51AF15F09BD08CA1C76A0E36EE | This Really Happened |
| 04/13/2014 13:44:47 | 143E187F72AE9BA9BC6DB821D56C08C6D7A8805A | Burning |
| 04/13/2014 13:38:19 | B83B2B451FFF165795F5E6EF18292168282C6359 | Grow Up With Me |
| 04/13/2014 13:30:43 | 2C5F833FB38D4CCA307E1D5C57615AB1C8BBB68A | First and Forever |
| 04/13/2014 13:22:34 | 3F7C7C4F47D37B4E8909311852C7D0E36BE5F566 | Dreams Do Come True |
| 04/13/2014 13:08:00 | 45D93961A97C6E4C4EA0779523F4E07CD066BAC3 | Model Couple |
| 04/13/2014 12:52:21 | BBA334C79959B8C3EBCDD5647866DF199AE6D22E | Going Strong |
| 04/13/2014 12:33:45 | 761A14349F6F9CF112811689B4E7CB35F643CAE7 | Bohemian Rhapsody |
| 04/13/2014 12:30:39 | 90CA238A1DDEC0A42A1062BEC529F5D8D563EE26 | Simply Stunning |
| 04/13/2014 12:11:06 | D3EA052038AF1B0B3BB323673CA4E151F3D42C2E | Spontaneous |
| 04/13/2014 12:07:07 | 98C5D0106DB28827A6C77D500D2DCA1BF966B5C4 | New Romance |
| 04/13/2014 09:35:29 | 48AF98DC246877D8C83DCBC1D67C74A5888FE7B9 | Malibu Moments Part #2 |
| 04/13/2014 08:10:35 | 019650D10FDD6E5088423F036E97C2A0E627DACA | Rolling in the Sheets |
| 04/13/2014 07:33:00 | 3449F4B0F331BCB419B2095D22D108664B9FF776 | Happy Birthday Capri |
| 04/13/2014 04:32:27 | 4F8BC52BECA98C5E22F7D4EDC1FCA2FC8D06461B | Newlyweds |

EXHIBIT A

EVA78

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 04/13/2014 00:34:34 | 1280709BFC183635A063459B7E7C19BF1738AA47 | Party Boat |
| 04/12/2014 23:36:13 | 67D3E37EC5E8689165A0005423C1B3523A7C5F90 | Pool Party For Three |
| 04/12/2014 17:00:25 | 06C3269147888356D52A9057CD360E42C796502C | Raw Passion |
| 04/11/2014 02:27:27 | 612C03BA86BC03667662E7E89245B203469DE653 | Not Alone |
| 04/10/2014 03:57:54 | 00846B89410F5161CBAC57E4158B3D75E0115C84 | Floating Emotions |
| 04/10/2014 02:36:12 | 8C6F7B93472842C4DBD081201056822BEF60C625 | Sweet Dreamers |

**Total Statutory Claims Against Defendant: 128**

EXHIBIT A

EVA78