**Copyrights-In-Suit for IP Address 96.231.209.160**

**ISP:** Verizon FiOS
**Location:** Alexandria, VA

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Blonde in my Bedroom | PA0001869247 | 11/17/2013 | 11/21/2013 | 07/26/2014 |
| A Gift from Colette | PA0001872969 | 12/07/2013 | 12/11/2013 | 07/26/2014 |
| A Girl Like You | PA0001827006 | 02/12/2013 | 02/21/2013 | 04/19/2014 |
| A Hot Number | PA0001878456 | 01/30/2014 | 02/18/2014 | 04/18/2014 |
| A Perfect Match | PA0001862419 | 09/11/2013 | 09/12/2013 | 04/15/2014 |
| A Sweet Moment | PA0001872967 | 12/03/2013 | 12/07/2013 | 04/19/2014 |
| A Wonderful World | PA0001847651 | 05/27/2013 | 06/17/2013 | 04/13/2014 |
| All Oiled Up | PA0001885187 | 03/15/2014 | 03/24/2014 | 04/15/2014 |
| All Tied Up | PA0001866077 | 10/19/2013 | 10/21/2013 | 07/26/2014 |
| Almost Famous | PA0001864687 | 09/27/2013 | 09/30/2013 | 04/13/2014 |
| Alone in My Room | PA0001859663 | 07/02/2013 | 07/26/2013 | 07/26/2014 |
| Alone Is A Dream Left Behind | PA0001860984 | 08/24/2013 | 09/10/2013 | 04/13/2014 |
| And Then There Was You | PA0001874615 | 12/31/2013 | 01/05/2014 | 04/15/2014 |
| Apertif Our Style | PA0001874522 | 12/23/2013 | 12/30/2013 | 04/19/2014 |
| Arrest Me | PA0001871941 | 11/25/2013 | 11/29/2013 | 04/19/2014 |
| At Home With Tiffany | PA0001880496 | 02/17/2014 | 02/21/2014 | 04/15/2014 |
| Awakening | PA0001868806 | 11/09/2013 | 11/10/2013 | 04/19/2014 |
| Baby Blues | PA0001867887 | 10/30/2013 | 11/03/2013 | 07/26/2014 |
| Back to Bed | PA0001847656 | 06/08/2013 | 06/18/2013 | 07/26/2014 |
| Blindfold Me and Tie Me Up | PA0001867888 | 11/01/2013 | 11/03/2013 | 04/18/2014 |
| Blindfold Me Part #2 | PA0001867890 | 11/03/2013 | 11/06/2013 | 04/19/2014 |

EXHIBIT B

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Body Language | PA0001868096 | 10/26/2013 | 11/01/2013 | 04/13/2014 |
| Bohemian Rhapsody | PA0001867584 | 10/23/2013 | 10/25/2013 | 04/13/2014 |
| Bunny Love | PA0001843109 | 05/09/2013 | 05/14/2013 | 07/26/2014 |
| Burning | PA0001860951 | 07/27/2013 | 08/26/2013 | 04/13/2014 |
| Cassie My Love | PA0001866053 | 10/13/2013 | 10/16/2013 | 07/26/2014 |
| Clean and Wet | PA0001860955 | 07/29/2013 | 08/28/2013 | 07/26/2014 |
| Come from Behind | PA0001863248 | 09/23/2013 | 09/26/2013 | 07/26/2014 |
| Come Inside From the Cold | PA0001862484 | 09/12/2013 | 09/18/2013 | 04/18/2014 |
| Czech Beauties | PA0001859654 | 07/19/2013 | 08/01/2013 | 07/26/2014 |
| Dark Desires | PA0001859658 | 07/10/2013 | 08/02/2013 | 07/26/2014 |
| Date Night at Home | PA0001864689 | 09/29/2013 | 09/30/2013 | 07/26/2014 |
| Double Daydreams | PA0001869246 | 11/13/2013 | 11/21/2013 | 04/19/2014 |
| Dreams Do Come True | PA0001851979 | 06/26/2013 | 06/27/2013 | 04/13/2014 |
| Elle Hearts Girls | PA0001847652 | 05/30/2013 | 06/18/2013 | 07/26/2014 |
| Erotic Stretching and Sex | PA0001862293 | 09/08/2013 | 09/08/2013 | 04/13/2014 |
| Everlasting Friendship | PA0001834620 | 04/11/2013 | 04/12/2013 | 04/18/2014 |
| Falling For You | PA0001846097 | 05/14/2013 | 06/16/2013 | 07/26/2014 |
| Fantasy Come True | PA0001874629 | 12/19/2013 | 12/26/2013 | 04/18/2014 |
| Feeling Frisky | PA0001880671 | 02/22/2014 | 02/27/2014 | 04/19/2014 |
| First and Forever | PA0001863112 | 09/21/2013 | 09/23/2013 | 04/13/2014 |
| Floating Emotions | PA0001887126 | 04/05/2014 | 04/07/2014 | 04/10/2014 |
| Get Wild at Home | PA0001877470 | 01/22/2014 | 01/31/2014 | 04/19/2014 |
| Getting Down | PA0001838601 | 04/25/2013 | 05/14/2013 | 04/13/2014 |
| Getting Ready For You | PA0001874744 | 01/10/2014 | 01/15/2014 | 04/18/2014 |
| Girl in a Room | PA0001860968 | 08/07/2013 | 09/06/2013 | 07/26/2014 |

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Girls Love Pink and Diamonds | PA0001862290 | 09/05/2013 | 09/08/2013 | 07/26/2014 |
| Girls Who Like Girls | PA0001852676 | 06/20/2013 | 06/27/2013 | 07/26/2014 |
| Girly Girls | PA0001862284 | 08/28/2013 | 09/08/2013 | 07/26/2014 |
| Go Fish | PA0001880469 | 02/13/2014 | 02/21/2014 | 04/18/2014 |
| Going Strong | PA0001859660 | 07/06/2013 | 08/02/2013 | 04/13/2014 |
| Good Morning Baby | PA0001847655 | 06/04/2013 | 06/18/2013 | 04/13/2014 |
| Good Night Kiss | PA0001872970 | 12/08/2013 | 12/11/2013 | 04/18/2014 |
| Grow Up With Me | PA0001866185 | 10/17/2013 | 10/19/2013 | 04/13/2014 |
| Happy Birthday Capri | PA0001846087 | 05/24/2013 | 06/17/2013 | 04/13/2014 |
| Her First Time | PA0001863046 | 09/18/2013 | 09/21/2013 | 07/26/2014 |
| High School Dropouts | PA0001871934 | 11/21/2013 | 11/29/2013 | 07/26/2014 |
| Hot Brunettes | PA0001865957 | 10/03/2013 | 10/06/2013 | 04/13/2014 |
| Hot Chocolate | PA0001859657 | 07/11/2013 | 08/02/2013 | 04/18/2014 |
| I Am In the Mood | PA0001880672 | 02/25/2014 | 02/27/2014 | 04/19/2014 |
| I Love James Deen | PA0001860982 | 08/20/2013 | 09/10/2013 | 07/26/2014 |
| I Want to Tell You | PA0001872082 | 11/27/2013 | 12/04/2013 | 07/26/2014 |
| In Charge | PA0001865956 | 10/04/2013 | 10/06/2013 | 07/26/2014 |
| In for the Night | PA0001874670 | 01/06/2014 | 01/06/2014 | 04/18/2014 |
| In Love with a Girl | PA0001866052 | 10/11/2013 | 10/16/2013 | 07/26/2014 |
| Intimate Experience | PA0001847657 | 06/10/2013 | 06/18/2013 | 07/26/2014 |
| Introducing Kenzie | PA0001862286 | 09/07/2013 | 09/08/2013 | 07/26/2014 |
| Introducing Kiki | PA0001860965 | 08/11/2013 | 09/08/2013 | 07/26/2014 |
| LA Plans | PA0001869248 | 11/19/2013 | 11/22/2013 | 04/15/2014 |
| Let Me Take Your Picture | PA0001862486 | 09/14/2013 | 09/18/2013 | 07/26/2014 |
| Like the Sun | PA0001865955 | 10/01/2013 | 10/06/2013 | 07/26/2014 |

EXHIBIT B

EVA78

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Love at First Sight | PA0001872756 | 12/14/2013 | 12/15/2013 | 04/15/2014 |
| Love with a View | PA0001863369 | 09/25/2013 | 09/27/2013 | 07/26/2014 |
| Lovers at Home | PA0001868816 | 11/05/2013 | 11/10/2013 | 04/18/2014 |
| Lying Around | PA0001872754 | 12/10/2013 | 12/15/2013 | 04/18/2014 |
| Made for Each Other | PA0001860974 | 07/31/2013 | 08/29/2013 | 04/13/2014 |
| Making Music | PA0001883769 | 03/07/2014 | 03/22/2014 | 04/15/2014 |
| Malibu Moments | PA0001862283 | 09/03/2013 | 09/08/2013 | 04/13/2014 |
| Malibu Moments Part #2 | PA0001860958 | 08/15/2013 | 09/02/2013 | 04/13/2014 |
| Many Shades of Grey | PA0001872083 | 11/29/2013 | 12/04/2013 | 04/18/2014 |
| Marry Me | PA0001847650 | 05/25/2013 | 06/18/2013 | 04/13/2014 |
| Mile High Club | PA0001877249 | 01/16/2014 | 01/26/2014 | 04/15/2014 |
| Model Couple | PA0001852677 | 06/22/2013 | 06/27/2013 | 04/13/2014 |
| Model Couple on Vacation | PA0001874613 | 12/17/2013 | 12/26/2013 | 04/15/2014 |
| My Days in Rome | PA0001886187 | 03/28/2014 | 04/02/2014 | 04/15/2014 |
| My Naughty Girl | PA0001868094 | 10/28/2013 | 11/01/2013 | 04/13/2014 |
| Names | PA0001843106 | 05/10/2013 | 05/14/2013 | 04/13/2014 |
| New Romance | PA0001860972 | 08/05/2013 | 09/03/2013 | 04/13/2014 |
| Newlyweds | PA0001859662 | 07/04/2013 | 07/26/2013 | 04/13/2014 |
| No Hurry | PA0001868811 | 11/07/2013 | 11/10/2013 | 04/19/2014 |
| No Turning Back Part #2 | PA0001874525 | 12/27/2013 | 12/30/2013 | 04/18/2014 |
| Not Alone | PA0001889410 | 04/09/2014 | 04/15/2014 | 04/11/2014 |
| Oh Mia | PA0001852674 | 06/28/2013 | 07/05/2013 | 04/13/2014 |
| Party Boat | PA0001862485 | 09/15/2013 | 09/18/2013 | 04/13/2014 |
| Play Me | PA0001847659 | 06/14/2013 | 06/30/2013 | 04/13/2014 |
| Playing Dress Up | PA0001874742 | 01/12/2014 | 01/15/2014 | 04/19/2014 |

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Pool Party For Three | PA0001859656 | 07/13/2013 | 08/01/2013 | 04/12/2014 |
| Pretty Little Belle | PA0001878425 | 02/09/2014 | 02/13/2014 | 04/18/2014 |
| Raw Passion | PA0001860979 | 08/18/2013 | 09/02/2013 | 04/12/2014 |
| Ready for Love | PA0001872968 | 12/05/2013 | 12/07/2013 | 04/18/2014 |
| Remembering Strawberry Wine | PA0001885184 | 03/11/2014 | 03/24/2014 | 04/18/2014 |
| Risky Business | PA0001878455 | 02/01/2014 | 02/18/2014 | 04/19/2014 |
| Rolling in the Sheets | PA0001847653 | 06/01/2013 | 06/17/2013 | 04/13/2014 |
| Russian Connection | PA0001886189 | 03/30/2014 | 04/02/2014 | 04/15/2014 |
| Sapphic Waltz | PA0001843110 | 05/07/2013 | 05/14/2013 | 04/13/2014 |
| Season of Love | PA0001877252 | 01/18/2014 | 01/26/2014 | 04/18/2014 |
| Sex and Submission | PA0001882649 | 03/01/2014 | 03/06/2014 | 04/18/2014 |
| Simply Stunning | PA0001843103 | 05/03/2013 | 05/14/2013 | 04/13/2014 |
| Snow White and the Prince | PA0001846095 | 05/22/2013 | 06/17/2013 | 04/13/2014 |
| So Right Its Wrong | PA0001872084 | 12/01/2013 | 12/04/2013 | 04/18/2014 |
| So Young | PA0001877472 | 01/25/2014 | 01/31/2014 | 04/19/2014 |
| Spontaneous | PA0001860977 | 08/22/2013 | 09/10/2013 | 04/13/2014 |
| Submissive Seduction | PA0001878420 | 02/07/2014 | 02/13/2014 | 04/18/2014 |
| Sweet Dreamers | PA0001883771 | 03/09/2014 | 03/24/2014 | 04/10/2014 |
| Sweet Surrender | PA0001884861 | 03/23/2014 | 03/26/2014 | 04/15/2014 |
| The Journey | PA0001865603 | 10/07/2013 | 10/09/2013 | 04/13/2014 |
| The Way I Feel | PA0001874745 | 01/08/2014 | 01/15/2014 | 04/19/2014 |
| The Young and the Restless | PA0001843111 | 05/05/2013 | 05/15/2013 | 04/13/2014 |
| They Meet Again | PA0001866049 | 10/11/2013 | 10/16/2013 | 04/15/2014 |
| This Really Happened | PA0001860970 | 08/03/2013 | 09/01/2013 | 04/13/2014 |
| Three Way is the Best Way | PA0001878426 | 02/04/2014 | 02/13/2014 | 04/18/2014 |

EXHIBIT B

EVA78

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Trophy Wife | PA0001883767 | 03/05/2014 | 03/22/2014 | 04/18/2014 |
| Truth or Dare | PA0001846099 | 05/16/2013 | 06/30/2013 | 04/13/2014 |
| Wake Me Up | PA0001887105 | 04/01/2014 | 04/07/2014 | 04/15/2014 |
| Wake Me Up Like This | PA0001862289 | 09/01/2013 | 09/08/2013 | 04/13/2014 |
| We Love Ourselves | PA0001860944 | 08/26/2013 | 09/08/2013 | 04/13/2014 |
| What a Girl Wants Part #2 | PA0001847660 | 06/15/2013 | 07/09/2013 | 04/13/2014 |
| Zeppelin on Fire | PA0001874614 | 01/04/2014 | 01/05/2014 | 04/18/2014 |

**Total Malibu Media, LLC Copyrights Infringed: 128**

EVA78

EXHIBIT B